762 S.E.2d 395

## Re BUSINESS COURT PILOT PROGRAM JUDGE ASSIGNMENTS.

Supreme Court of South Carolina.

Aug. 8, 2014.

## ADMINISTRATIVE ORDER

Pursuant to the provisions of S.C. Const. Art. V § 4,

IT IS ORDERED that in addition to their other duties as circuit court judges, the following judges shall be assigned to preside over the Business Court Regions,

The Honorable R. Lawton McIntosh—Region One

The Honorable George C. James, Jr.—Region Two

The Honorable Maite Murphy—Region Three

The Honorable J. Derham Cole—At Large

The Honorable Alison R. Lee—At Large

IT IS FURTHER ORDERED that in addition to their other duties as circuit court judges, the following judges shall continue to preside over the Business Court Regions,

The Honorable Edward W. Miller—Region One

The Honorable Clifton Newman—Region Two

The Honorable Roger M. Young, Sr.—Region Three

IT IS SO ORDERED.

/s/Jean Hoefer Toal
Chief Justice